UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL MORGAN**<br>60 Bates Street NW<br>Washington, DC 20001<br><br>　　　　　　　　**Plaintiff,**<br>　vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>300 7th Street SW<br>Washington, DC 20024<br><br>　　　　　　　　**Defendant.** | **Civil Action No. 1:22-cv-3192** |

### DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, WMATA avers as follows:

**Procedural History and Plaintiff's Allegations**

1. On September 26, 2022, Plaintiff Michael Morgan filed a Complaint against WMATA in the Superior Court of the District of Columbia, initiating this action.

2. The Superior Court issued a Summons to WMATA on September 29, 2022.

3. On October 3, 2022, WMATA received the Summons and Complaint via private process server.

4.  The Complaint alleges that Plaintiff suffered personal injuries in a motor vehicle collision involving a WMATA Metrobus on June 24, 2021.  (Compl. ¶¶ 2–9.)

5.  Based on these allegations, the Complaint purports to allege a claim for negligence under District of Columbia law against WMATA.  (*Id.*)

### Grounds for Removal

6.  Pursuant to 28 U.S.C. § 1441(a), this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction.

7.  This Court has original jurisdiction of this action under 28 U.S.C. § 1331. The WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81, specifically grants jurisdiction over suits against WMATA to this Court:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

### The Procedural Requirements for Removal Have Been Satisfied

8.  This case has been removed by WMATA to the district court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

9.  This Notice of Removal is filed within 30 days after the receipt by WMATA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.  28 U.S.C. § 1446(b)(1).  WMATA received the Summons and Complaint on October 3, 2022.

10.     True and correct copies of all process, pleadings, and orders served on WMATA in the pending State court action are attached hereto.

11.     Contemporaneously with the filing of this Notice of Removal, WMATA is serving written notice of this Notice of Removal on counsel for Plaintiff and filing the same with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached hereto.

## Non-Waiver of Defenses

12.     By removing this action from the Superior Court of the District of Columbia, WMATA does not waive any defenses available to it.

13.     By removing this action from the Superior Court of the District of Columbia, WMATA does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, WMATA removes the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

DATE: October 19, 2022

                                    Respectfully submitted,

                                    WASHINGTON METROPOLITAN AREA
                                    TRANSIT AUTHORITY
                                    By counsel

                                    By:   */s/ Donna L. Gaffney*
                                             Donna L. Gaffney #428725
                                             Office of the General Counsel 7E
                                             P.O. Box 44390
                                             Washington, D.C. 200026-4309
                                             (202) 962-2721
                                             (202) 962-2550 (fax)
                                             dlgaffney@wmata.com

## **CERTIFICATE OF SERVICE**

      I certify that on October 19, 2022, a true and accurate copy of the foregoing was served on the following counsel of record via the Court's ECF system:

                    Matthew W. Tievsky, Esq.
                    Chaikin, Sherman, Cammarata & Siegel, P.C.
                    1232 17th Street NW
                    Washington, DC 20036

                                      */s/ Donna L. Gaffney*
                                      Donna L. Gaffney